UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL DALE CYREE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | No. 20-1148-JDT-cgc |
| | ) | |
| TENNESSEE DEPARTMENT OF CORRECTION, | ) ) | |
| | ) | |
| Defendant. | ) | |

ORDER DISMISSING CASE,
CERTIFYING AN APPEAL WOULD NOT BE TAKEN IN GOOD FAITH
AND NOTIFYING PLAINTIFF OF APPELLATE FILING FEE

On July 8, 2020, the Court issued an order dismissing Plaintiff Michael Dale Cyree's *pro se* complaint and granting leave to file an amended complaint. (ECF No. 5.) Cyree was warned that if he failed to file an amended complaint within twenty-one days, the Court would assess a strike pursuant to 28 U.S.C. § 1915(g) and enter judgment. (*Id.* at PageID 17-18.)

Cyree has not filed an amended complaint, and the time within which to do so has expired. Therefore, this case is DISMISSED with prejudice in its entirety, and judgment will be entered in accordance with the July 8, 2020, order dismissing the original complaint for failure to state a claim against a Defendant that is immune from monetary relief. Cyree is assessed his first strike under § 1915(g). This strike shall take effect when judgment is entered. *See Coleman v. Tollefson*, 135 S. Ct. 1759, 1763-64 (2015).

It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3) and Federal Rule of Appellate Procedure 24(a), that any appeal in this matter by Cyree would not be taken in good faith. If Cyree

nevertheless files a notice of appeal and wishes to pay the $505 appellate filing fee using the

installment procedures of the Prison Litigation Reform Act, 28 U.S.C. §§ 1915(a)-(b), he also must

submit a new *in forma pauperis* affidavit and a current copy of his inmate trust account statement

for the last six months.

The Clerk is directed to prepare a judgment.

IT IS SO ORDERED.

s/ **James D. Todd**
JAMES D. TODD
UNITED STATES DISTRICT JUDGE